

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2023__
```

June 7, 2023

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Taggart v. Ziff Davis, LLC, 1:23-cv-01265-AT</u> (VEC)

Dear Judge Torres:

    We represent Plaintiff John Taggart in the above-captioned case and write pursuant to Your Honor's Individual Practices to respectfully request a thirty (30) day extension of time to file dismissal papers or otherwise re-open case in the action.

(1) the current deadline to re-open the case is June 10, 2023;

(2) Despite best efforts, the parties have not yet consummated their settlement transaction and request that the Court retain jurisdiction for an additional 30 days

(3) Plaintiff has not made any previous requests for an extension;

(4) No previous requests were granted or denied;

(5) Defendant consents to the requested relief.

                                                 Respectfully Submitted,

                                                 s/jameshfreeman/
                                                 James H. Freeman

                                                 *Counsel for Plaintiff*

GRANTED. Any motion to reopen shall be filed by **July 10, 2023**.

SO ORDERED.

Dated: June 8, 2023
       New York, New York

                                             ANALISA TORRES
                                         United States District Judge