UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TAGGART,<br><br>　　　　　　　　*Plaintiff*,<br><br>- against -<br><br>ZIFF DAVIS, LLC<br><br>　　　　　　　　*Defendant*. | Docket No. 1:23-cv-01265-AT<br><br>NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i)) |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Taggart, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Ziff Davis, LLC each party to bear its own costs, expenses and attorney's fees.

Dated: July 10, 2023
　　　　Uniondale, New York

　　　　　　　　　　　　　　　　　　SANDERS LAW GROUP

　　　　　　　　　　　　　　　　　　By: /s/James H. Freeman/
　　　　　　　　　　　　　　　　　　　　　James H. Freeman
　　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd., Ste. 402
　　　　　　　　　　　　　　　　　　　　　Uniondale, New York 11553
　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 203-7660
　　　　　　　　　　　　　　　　　　　　　Jfreeman@sanderslaw.group

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*